STATE OF NORTH DAKOTA EX, REL. MARY HARVEY V. FRANK DAVIES AND GEORGE PURVIS, DEFENDANTS, AND FRANK DAVIS, APPELLANT.

Opinion filed April 30, 1907.

Appeal from District Court, Williams County; *Goss, J.*

Action by the state, on the relation of Mary Harvey, against Frank Davies. Judgment for plaintiff, and defendant appeals.

Reversed and dismissed.

*Palda & Burke* and *W. S. Lauder,* for appellant.
*Van R. Brown,* for respondent.

PER CURIAM.    Following the case of State of North Dakota ex rel. Mary Harvey v. George W. Newton (decided at this term), 16 N. D. 151, 112 N. W. 52, the order of the district court of Williams county is reversed, and the dictrict court directed to dismiss such proceedings.

FISK and MORGAN, JJ., concur.  SPALDING, J.  dissents.